**Order entered September 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00598-CR

**MICHAEL DEIONDRE BOWEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32,465CR**

## ORDER

The reporter's record, originally due June 25, 2019, has not been filed. By order dated August 20, 2019, we ordered the reporter's record filed by September 3, 2019. We cautioned court reporter Julie C. Vrooman that the failure to file the reporter's record by that date would result in the Court taking whatever remedies it had available to ensure that the appeal proceeds in a timely fashion, which might include ordering that she not sit until the complete reporter's record is filed. To date, the reporter's record has not been filed and we have had no communication from Ms. Vroom.

We **ORDER** that court reporter Julie C. Vroom **NOT SIT** as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; Julie C. Vrooman, official court reporter, 354th Judicial District Court; to the Hunt County Auditor's Office; and counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE